CLERK U.S. DISTRICT COURT

APR 12 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RS _____ DEPUTY

LUKE CAINES
FULL NAME
_____
COMMITTED NAME (if different)
CALIFORNIA MEN'S COLONY STATE PRISON
FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. BOX 8101, SANLUIS OBISPO, CA. 93409
CDCR # AM5122
PRISON NUMBER (if applicable)

Received ___4.8.19___
(Date)
Scanned at CMC and E-mailed
on __4.10.19__ by __CW__
(Date)        (Initials)
Number of pages scanned:
27

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LUKE W. CAINES

PLAINTIFF,

v.

DR. M. INTERIAN, DDS

DEFENDANT(S).

CASE NUMBER
5:19-CV-00666-PA-KS
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____ N/A _____

    _____

    Defendants _____ N/A _____

    _____

b.  Court _____ N/A _____

    _____

c.  Docket or case number _____ N/A _____

d.  Name of judge to whom case was assigned _____ N/A _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it
    appealed?  Is it still pending?) _____ N/A _____

f.  Issues raised: _____ N/A _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____ N/A _____

h.  Approximate date of disposition _____ N/A _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred?  ☒ Yes   ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☒ Yes   ☐ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed?  ☒ Yes   ☐ No

    If your answer is no, explain why not _____

    _____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff __ LUKE W. CAINES _____
                                                            (print plaintiff's name)

who presently resides at __ CALIFORNIA MEN'S COLONY, STATE PRISON _____,
                                                    (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_____ CAILIFORNIA MEN'S COLONY STATE PRISON  P.O. BOX 8101, SANLUIS
                                    (institution/city where violation occurred)

OBISPO, CALIF. 93409

on (date or dates) __7-18-2018__ , __7-18-2018__ , __7-18-2018__ .
(Claim I)          (Claim II)           (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant   DR. M. INTERIAN, DDS
                (full name of first defendant) _____ resides or works at
                CALIFORNIA MEN'S COLONY STATE PRISON
                (full address of first defendant)

                DR. M. INTERIAN, DDS
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:
        DEFENDANT IS AN  EMPLOYEE OF THE STATE  OR LOCAL PRISON
        EMPLOYED TO PROVIDE DENTAL SERVICES TO INMATES.

2.  Defendant   _____
                (full name of first defendant) _____ resides or works at

                _____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
        _____
        _____

3.  Defendant   _____
                (full name of first defendant) _____ resides or works at

                _____
                (full address of first defendant)

                _____
                (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:
        _____
        _____

4.  Defendant _____ resides or works at

        (full name of first defendant)

        _____

        (full address of first defendant)

        _____

        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

5.  Defendant _____ resides or works at

        (full name of first defendant)

        _____

        (full address of first defendant)

        _____

        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

SEE ATTACHED FOR CLAIMS

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

SEE ATTACHED FOR STATEMENT OF FACTS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief.

SEE ATTACHED FOR REQUESTED RELIEF

4-8-19
*(Date)*

*(Signature of Plaintiff)*

CLAIM ONE
BREACH OF DUTY TO PROTECT

THE DEFENDANT [DR. M. INTERIAN, DDS] VIOLATED PLAINTIFF'S EIGHT AMENDMENT WHEN THE DEFENDANT, WHILE ACTING UNDER THE COLOR OF LAW EXERCISED DELIBERATE INDIFFERENCE TO PLAINTIFF'S HEALTH AND SAFETY BY BREACHING HIS DUTY OF CARE TOWARDS THE PLAINTIFF.

THE DEFENDANT [DR. M. INTERIAN, DDS.] OWED PLAINTIFF  A DUTY OF CARE TO KEEP HIM SAFE FROM HARM. DEFENDANT BREACHED THIS DUTY AND AS A RESULT OF THAT FAILURE, ON 7--18-2018 DEFENDANT LEFT BONE SPICULE IN EXTRACTION CITE #16 AND ALSO PUNCTURED THE LEFT NASAL CAVITY CAUSING AN INJURY CALLED "ORAL ANTRAL FISTULA". AS A RESULT OF THIS, PLAINTIFF SUFFERED UNNECESSARY BLEEDING; AN INFECTION, AND WANTON PAIN AND CO-NOT BREATH OUT OF HIS LEFT NOSTRIL DUE TO CONGESTION FOR A MONTH. AS A RESULT OF THIS, PLAINTIFF'S HEALING PROCESS WAS COMPROMISED (SEE HEALTH CARE GRIEVANCE) AND PLAINTIFF REQUIRED PAINFUL ORAL SURGERY ON 8-21-2018 TO CORRECT THE PROBLEM AND NOW HAS TO TAKE TRIAMCINOLONE ACETONIDE NASAL SPRAY TWICE A DAY FOR HIS ONGOING NASAL CONGESTION.

CLAIM TWO
INADEQUATE DENTAL CARE

THE DEFENDANT [DR. M. INTERIAN, DDS.] VIOLATED PLAINTIFF'S EIGHT AMENDMENT RIGHTS WHEN HE EXERCISED DELIBERATE INDIFFERENCE TOWARDS PLAINTIFF BY PURPOSELY IGNORING SERIOUS DENTAL NEEDS AND DELAYED TREATMENT FOR APROXIMATELY ONE MONTH WHICH CAUSED PLAINTIFF UNECESSARY AND WANTON INFLICTION OF UNDUE PAIN AND SUFFERING.

FACTS

ON 7-12-2018, PLAINTIFF [LUKE CAINES] COMPLAINED TO DEFENDANT [DR. M. INTERIAN,DDS.] THAT THE CROWN HE PLACED ON WAS TOO TIGHT AND CAUSING A SHARP PAIN TO GO DIRECTLY TO MY HEAD AND LEFT SIDE OF FACE, ALONG WITH NASAL CONGESTION, AND THAT THERE WAS ALSO BLOOD COMING OUT OF THE EXTRACTION CITE AREA. ON 7-13-2018 WHILE AT WORK A PART OF THE TOOTH AND BLOOD CAME OUT FROM THAT AREA (SEE EXHIBIT). ON 7-13-2018 PLAINTIFF WENT "MAN DOWN"  ABOUT 1900 HRS. BECAUSE OF SEVERE PAIN AND BLOOD COMING FROM THE LEFT SIDE OF HIS MOUTH, I WAS TOLD TO SPIT IN A CUP AND BLOOD CAME OUT, THE NURSE [RN COONS[ CALLED DEFENDANT [ DR. M. INTERIAN,DDS] AND HE SCHEDULED AN APPOINTMENT FOR 7-16-2018, ATWHICH TIME PLAINTIFF [LUKE CAINES] SHOWED HIM [DEFENDANT] THE TOOTH AND THOUGH HE DENIED IT WAS PART OF THE TOOTH, AGREED TO REMOVE THE CROWN ON 7-18-18

1 THE BLOOD THINNER (CUMADINE) WAS STOPPED TWO DAYS PRIOR TO THE EXTRACTION AND RESTA-
2 RTED THE SAME DAY. THE SAME DAY OF THE TOOTH EXTRACTION PLAINTIFF [LUKE CAINES] BEC-
3 AME SEVERELY CONGESTED AND TOLD DEFENDANT [DR. M. INTERIAN, DDS.] BUT WAS TOLD IT WAS
4 DUE TO THE ANTHESTETIC AND WOULD WARE OFF IN A COUPLE OF HOURS. PLAINTIFF ALSO SUFF-
5 ERED EXCESSIVE BLEEDING BECAUSE NO COAGULANT, SUCH AS "AVITINE" OR"SURGICAL HEMOSTA-
6 SIS" WAS ADMINISTERED TO STOP THE BLEEDING AND HELP FORM A PROPER CLOT. NOR WAS AN
7 ANTIBIOTIC GIVEN TO PREVENT INFECTIONS AT THIS TIME.  ON 7-29-2018, PLAINTIFF [LUKE
8 CAINES] INFORMED DEFENDANT [DR. M. INTERIAN,DDS.] VIA 7362 THAT THERE WAS STILL BLO-
9 OD AND SEVERE PAIN IN THE EXTRACTION CITE, AND THAT IT WAS ALSO INFECTED (SEE EXHI-
10 BIT B). ON 8-01-2018, PLAINTIFF INFORMED DEFENDANT [ DR. M.INTERIAN, DDS] THAT THE
11 SOCKET IN THE EXTRACTION CITE STILL HURTS . DEFENDANT [DR. M. INTERIAN,DDS.] KNEW
12 THAT THERE WAS AN INFECTION AT THIS TIME DUE TO DELAYED HEALING (SEE SUPPLEMENTAL
13 DENTAL NOTES ON CDCR FORM 237-C-1, EXHIBIT C) BUT FAILED TO TREAT IT THAT DAY. ON 8-
14 02-2018 PLAINTIFF WAS GIVEN 500mg OF AMOXICILLIN FOR THE INFECTION WHICH CAUSED DIA-
15 RRHEA. (SEE SUPPLEMENTAL DENTAL NOTES ON CDCR FORM 237-C-1, DATED 8-02-2018). ON 8-
16 7-2018 PLAINTIFF INFORMED DEFENDANT THAT HE FOUND A SHINNY PIECE OF METAL RESEMBLING
17 THE CROWN IN EXTRACTION CITE #15 (SEE EXHIBIT D). ON 8-08-2018 PLAINTIFF EXPLAINED
18 THAT HE WAS STILL IN PAIN AND BLOOD STILL COMES OUT OF THE EXTRACTION CITE PERIODIC-
19 ALLY, AND THAT THE CITE STINKS AND THAT HE HAD DAIRRHEA. THE DEFENDANT [DR. M. INTE-
20 RIAN, DDS.] SWITCHED THE ANTIBIOTIC TO CLINDAMYCIN 300mg. AT THIS TIME DEFENDANT [DR.
21 M. INTERIAN, DDS.] SHOULD HAVE KNOWN THAT THERE WAS AN ANTRAL SINUS FISSURE DUE TO
22 CONSTANT CONGESTION COMPLAINT AND DELAYED HEALING ON THE LEFT SIDE OF THE NOSTRIL.
23 PLAINTIFF [LUKE CAINES] WAS GIVEN CHLOPHEMIANINE AND SCHEDULED FOR A ONE WEEK FOLLOW-
24 UP (SEE CDCR FORM 237-C-1 DATED 8-08-2018). ON 8-15-2018 DURING FOLLOW-UP, PLAINTIFF
25 [LUKE CAINES] INFORMED DEFENDANT [ DR. M. INTERIAN,DDS.] THAT THE EXTRACTION CITE
26 SOCKET STILL HURTS BAD AND BLEEDS AND THAT HE WAS STILL CONGESTED. AT THIS TIME DEF-
27 ENDANT [DR. M. INTERIAN,DDS.] KNEW OR SHOULD HAVE KNOWN THAT THERE WAS A SERIOUS DEN-
28 TAL PROBLEM DUE TO COMPLAINT OF CONTINUED PAIN AND DELAYED HEALING AT THE EXTRACTION

1   CITE, AND THE DELAYED HEALING AT THE SUSPECTED ORAL ANTRAL-FISTULA CITE. THE DEFEN-

2   DANT [DR. M. INTERIAN,DDS.] THEN DECIDED TO SCHEDULE ANOTHER FOLLOW-UP FOR 8-21-2018

3   (SEE CDCR 237-C-1 DATED 8-15-2018). ON 8-21-2018 DURING THE FOLLOW-UP, PLAINTIFF [

4   LUKE CAINES] INFORMED DR. D BERRY, DDS(OMFS) THAT THERE WAS SOMETHING PERTRUDING OUT

5   OF THE EXTRACTION CITE CAUSING PAIN AND THAT HE WAS CONGESTED DAILY. D.BERRY, DDS

6   (OMFS) DETERMINED THAT PLAINTIFF HAD BONE SPICULE AND AN ORAL ANTRAL FISTULA THAT WAS

7   CAUSING THE PAIN AT THE EXTRACTION CITE AND ALSO THE CONGESTION AND THIS WAS COMPRO-

8   MISING THE HEALING PROCESS. AS A RESULT OF THIS, PLAINTIFF HAD TO HAVE ORAL SURGERY

9   TO REMOVE THE BONE SPICULE AND CLOSE THE ORAL ANTRAL FISTULA (SEE CDCR FORM 237-C-1

10  DATED 8-21-2018). AS A RESULT OF THE DELIBERAT INDIFFERANCE EXERCISED BY THE DEFE-

11  DANT [ DR. M. INTERIAN, DDS.] PLAINTIFF SUFFERED UNNECESSARY AND WANTON PAIN ,AND

12  CONSTANT CONGESTION AT THE EXTRACTION CITE SIDE, SUFFERED CONSTANT UNECESSARY AND

13  WANTON PAIN FROM DIARRHEA DUE TO THE ANTIBIOTIC'S AND HEMMORHOIDS WHICH CAUSED ANAL

14  BLEEDING AND THE USE OF HEMMORHIODAL SUPPOSITORIES. DUE TO DEFENDANT'S [DR. M. INTE-

15  RIAN, DDS.] EXECCISE OF DELIBERATE INDIFFERANCE, PLAINTIFF [LUKE CAINES] HAD TO UN-

16  DERGO PAIN FOR A WHOLE MONTH BEFORE UNDERGOING ORAL SURGERY TO CORRECT THE PROBLEM.

17  AS A FURTHER RESULT OF DEFENDANTS MALICIOUS DELIBERATE INDIFFERANCE, PLAINTIFF NOW

18  HAS TO USE NASAL SPRAY ATLEASTE TWICE A DAY DUE TO SEVERE CONGESTION IN THE LEFT

19   NASAL CAVITY.

20

21                          CLAIM THREE
                     MENTAL AND EMOTIONAL INJURY
22  THE DEFENDANT [DR. M. INTERIAN,DDS] VIOLATED THE PLAINTIFF'S EIGHT AMENDMENT RIGHTS
    WHEN THE DEFENDANT, WHILE ACTING UNDER THE COLOR OF LAW EXERCISED DELIBERATE INDIF-
23  FERENCE TOWARDS PLAINTIFF'S MENTAL AND EMOTIONAL STABILITY.

24

25                             FACTS

26  THE DEFENDANT [DR. M. INTERIAN,DDS.] WHILE ACTING UNDER THE COLOR OF THE LAW CAUSED

27  THE PLAINTIFF [LUKE  CAINES] MENTAL AND EMOTIONAL ANGUISH . AS A RESULT OF THE DELI-

28  BERAT INDIFFERENCE EXERCISED BY THE DEFENDANT, PLAINTIFF OFTEN SUFFERED DEPRESSION

1 AND ANXIETY ISSUES. ON 8-2-2018, PLAINTIFF [LUKE CAINES] WAS PLACED ON 500mg OF AMO-
2 XICILLIN AN ANTIBIOTIC WHICH WAS SUBSEQUENTLY REPLACED WITH 300mg OF CLINDAMYCIN HCL
3 THEN TO 150 mg OF CLINDAMYCIN WHICH CAUSED DIARRHEA CONSTANILY THROUGOUT THE DAY WHI-
4 CH IN TURN CAUSED HEMMORHIODS WHICH LED TO ANAL BLEEDING AND UNDUE AND WANTON PAIN
5 CAUSING THE USE OF SUPPOSITORIES WHICH ON OCCAISION LEFT OIL, BLOOD IN PLAINTIFF'S
6 UNDERPANTS WHICH CAUSED UNNECESSARY MENTAL AND EMOTIONAL ANGUISH AS HE HAD TO STRIP
7 DOWN TO HIS BOXERS EXPOSING THESE EFFECTS DURING WORK EXCHANGE TO OTHER INMATES WHO
8 WOULD LAUGH AND MAKE VARIOUS COMMENTS. PETITIONER OFTEN GOT DEPRESSED BECAUSE OF TH-
9 IS. AS A FURTHER RESULT OF THE DEFENDANTS MALICIOUS DELIBERATE INDIFFERANCE, PLAIN-
10 TIFF'S HEALING PROCESS WAS COMPROMISED AS HE WORRIED ABOUT INFECTIONS, CONTINUAL
11 BLEEDING AND PAIN HIS ANXIETY LEVELS AND DEPRESSION INCREASED. THE WHOLE ORDEAL RES-
12 TED IN PAINFULL ORAL SURGERY TO REMOVE THE BONE SPICULE AND SURGICALLY TREAT THE OR-
13 AL ANTRAL FISTULA AND PLAINTIFF NOW HAS TO USE NASAL SPRAY AT LEAST TWICE A DAY FOR
14 CONGESTION, AND SOMETIMES LORATADINE TABLETS.

15

16                               REQUEST FOR RELIEF

17 PLAINTIFF REQUEST AN ORDER DECLARING THAT THE DEFENDANT HAS ACTED IN VIOLATION OF
18 THE UNITED STATES CONSTITUTION.

19

20 PLAINTIFF REQUEST AN INJUCTION COMPELLING DEFENDANT TO PROVIDE BETTER DENTAL CARE OF
21 INMATES AND TO STOP DELAYING TREATMENT OF SERIOUS DENTAL NEEDS THAT CAUSE PAIN.

22

23 PLAINTIFF PRAYS FOR JUDGMENT IN HIS FAVOR AND DAMAGES IN HIS FAVOR AGAINST ALL DEFE-
24 NDANTS IN AN AMOUNT SUFFICIENT TO COMPENSATE HIM FOR THE PAIN AND MENTAL ANGUISH SUF-
25 FERED BY HIM DUE TO THE DELIBERATE INDIFFERENCE AND INTENTIONAL MISCONDUCT OF DEFEN-
26 DANT, BUT IN NO EVENT LESS THAN $200,000, AND SUCH ADDITIONAL RELIEF AS THE COURT
27 MAY DEEM JUST AND PROPER.

                                        RESPECTFULLY SUBMITTED,

28
                                        LUKE M. CAINES, PLAINTIFF.

                                        4-8-19

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

* Auth (Verified) *

STATE OF CALIFORNIA

# DENTAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Supplemental Dental Progress Notes**
CDCR 237-C-1 (REV. 08/10)

*Page 1 of 1*

Prior to each treatment, the clinician *must* review the inmate-patient's health history, note changes or specify no change. Use S.O.A.P.E. format to document patient care.

| Date (mm/dd/yy) | Tooth # | PROGRESS NOTES (include signature at the end of each data entry) | DPC | Prison |
|---|---|---|---|---|
| | | Timeout protocol | | CMC |
| 7 16 18 | | After hours call received 7/13/18 1900 from RN Coons. States pt has non-specific pain in ULQ as well as pain bilaterally to pass neck and back of head. No extraoral swelling noted. RN Coons states there is mild gingival swelling around molar region in ULQ. Pt has RX for Acetaminophen. Pt takes Warfarin for tx of DVT. Pt will be called in on 7/16/18 for evaluation. | | |
| | | DR. M INTERIAN DDS CALIFORNIA MENS COLONY | 1R | |

**DRUG ALLERGIES**

☑ NO  ☐ YES

**SUPPLEMENTAL DENTAL PROGRESS NOTES CDCR 237-C-1**

NAME (Last, First), CDC#, BIRTHDATE

Caines, Luke
AM5122
10/25/70

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

*Exhibit B*

MRN: AM5122
FIN: 1000000811682870AM5122

**\* Auth (Verified) \***

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

6536302
DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
| --- |
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☑ | MEDICATION REFILL ☐ |
| --- | --- | --- | --- | --- |
| NAME CAINES, Luke | | CDC NUMBER AM5122 | | HOUSING 7338 |
| PATIENT SIGNATURE | | | | DATE 7-29-18 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) There is still blood in the area in which my tooth was pulled and it may be infected because it stinks. Also, the nerves in that area are still very aggravated causing constant burning & pain on the left side of my face, arm and pectorial area, I would like to know if something can be prescribed to stifle the aggravation of the nerves and if my p.m dose of pain medication be increased

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
| --- |
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
| --- | --- |
| Date / Time Received: 7-70-18 | Received by: R. Oseran RN |
| Date / Time Reviewed by RN: 2 0800 | Reviewed by: |

S:  *FORWARD to DENTAL*        Pain Scale:  1  2  3  4  5  6  7  8  9  10

DPC 18
7-30-18

O:   T:        P:        R:        BP:        WEIGHT:

A:

P:
☐ See Nursing Encounter Form          JUL 3 0 2018

DENTAL
CALIFORNIA MENS COLONY

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
| --- | --- | --- | --- |
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME DR. M. INTERIAN DDS CALIFORNIA MENS COLONY | SIGNATURE / TITLE | | DATE/TIME COMPLETED 8-1-18 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

COPY

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

\* Auth (Verified) \*

STATE OF CALIFORNIA

# DENTAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Supplemental Dental Progress Notes**
CDCR 237-C-1 (REV. 08/10)

*Page 1 of 1*

Prior to each treatment, the clinician *must* review the inmate-patient's health history, note changes or specify no change.  Use S.O.A.P.E. format to document patient care.

| Date (mm/dd/yy) | Tooth # | Bp: 109/65  P: 64  PROGRESS NOTES (include signature at the end of each data entry) | DPC | Prison |
|---|---|---|---|---|
| | | | | CMC |
| 8 1 18 | | Timeout protocol | | |
| | | S: Triage " My socket and head still hurt." | | |
| | | O: HX - HX of DVT's / on anticoagulants Pt had #15 extracted approx 2 weeks ago. Socket has good closure. Araised 7mm x 7mm x 3mm Edematous area of tissue is centered in the socket. No visible intraoral or extraoral swelling. No sign of osteitis | | |
| | | A: Delayed healing likely from anticoag possible inf secondary to delayed healing. | | |
| | | P: Rx: T3 Sig: Take 2 po BID for pain x 7d. | | |
| | | E: Gave RX Ed & wound care instruction | | |
| | | W: post op check | | 13 |
| | | G.HENSLEY, RDA-CMC          DR. M INTERIAN DDS                                           CALIFORNIA MENS COLONY | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**DRUG ALLERGIES**

☐ NO   ☒ YES
NSAIDS
SUPPLEMENTAL DENTAL
PROGRESS NOTES
CDCR 237-C-1

NAME (Last, First), CDC#, BIRTHDATE

AM5122
Caines, Luke
10/25/70

RECEIVED
08 2018
HIM DEPT.

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

SHIBIT D

* Auth (Verified) *

6984488

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:   TO BE COMPLETED BY THE PATIENT |
|---|
| A fee of $5.00 may be charged to your trust account for each health care visit. |
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☐ | DENTAL ☑ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CAIN, Luke | AM5122 | 7358 |

| PATIENT SIGNATURE | DATE |
|---|---|
| ~~ | 8-7-18 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) _ON 8-6-18 While Chicking my mouth, I found A PIECE of SHiny METAL COMing out of THE LifT SIDE of my GUMs where There HAS been bleeding, I would LIke AN X-Ray OR MRI To DETERMINE IF There IS ANY MORE metal IN my socket._

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III:   TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:   TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | |
|---|---|
| Date / Time Received: 8-8-18 | Received by: R. Baccus RN |
| Date / Time Reviewed by RN: 0800 | Reviewed by: |

S:   **FORWARD to DENTAL**      Pain Scale:  1  2  3  4  5  6  7  8  9  10

DPC 6  8/8/18

O:   T:      P:      R:      BP:      WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP DR. M. LIBRARIAN DDS CALIFORNIA MENS COLONY | SIGNATURE / TITLE | DATE/TIME COMPLETED 8/8/18 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Facility: CMC



Page 14 of 32

Patient Name: CAINES JR, LUKE WAINE

MRN: AM5122

Date of Birth: 10/25/1970 00:00 PDT

FIN: 1000000811682870AM5122

**\* Auth (Verified) \***

6552292

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

| PART I:   TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:      MEDICAL ☐      MENTAL HEALTH ☐      DENTAL ☑      MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| CAINES, LUKE | AM5122 | 7338 |

| PATIENT SIGNATURE | DATE |
|---|---|
| *[signature]* | 8-9-18 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I HAVE GREENISH AND BROWN FLUID DRAINING FROM THE AREA IN WHICH MY TOOTH WAS REMOVED, AND IT SMELLS AND LOOKS LIKE PUS, OR YELLOWISH WHITE FLUID

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE | | |
|---|---|---|
| Date / Time Received: 8-9-18 | Received by: R. BREBU RN | |
| Date / Time Reviewed by RN: OECD | Reviewed by: | |
| S:  **FORWARD to DENTAL** | Pain Scale:  1  2  3  4  5  6  7  8  9  10 | |

DPCO 8/9/18

DR. M. INTERIAN DDS

CALIFORNIA MENS COLONY

O:   T:      P:      R:      BP:            WEIGHT:

A: Bundle w/ triage apt on 8/15/18 (tic date)
P:

☐ **See Nursing Encounter Form**

E:      DENTAL      AUG 1 3 2018

CALIFORNIA DENTAL

CALIFORNIA MENS COLONY

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME  DR. M. INTERIAN DDS  CALIFORNIA MENS COLONY | SIGNATURE / TITLE | | DATE/TIME COMPLETED  8-15-18 |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record      Yellow - Inmate (if copayment applicable)      Pink - Inmate Trust Office (if copayment applicable)      Gold - Inmate



Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

EXHIBIT C

MRN: AM5122
FIN: 1000000811682870AM5122

* Auth (Verified) *

STATE OF CALIFORNIA

## DENTAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Supplemental Dental Progress Notes**
CDCR 237-C-1 (REV. 08/10)

*Page 1 of 1*

Prior to each treatment, the clinician *must* review the inmate-patient's health history, note changes or specify no change. Use S.O.A.P.E. format to document patient care.

| Date (mm/dd/yy) | Tooth # | PROGRESS NOTES (include signature at the end of each data entry) | DPC | Prison |
|---|---|---|---|---|
| 08/02/18 | | Timeout protocol - | | CMC |
| | | After considering the patient encounter | | |
| | | w/ Caines on 8/1/18, I felt a course | | |
| | | of antibiotics would be prudent to | | |
| | | R/o infection @ the socket secondary | | |
| | | to delayed healing. Called pt in | | |
| | | and informed him - I am ordering | | |
| | | a course of antibiotics ; Gave him | | |
| | | Rx ED. | | |
| | | NV: post op check _____ | 19 | |
| | | _____ Interior | | |
| | | RDA: Hensley | | |
| | | Rx: Amoxicillin 500 mg. | | |
| | | Sig: Take 1 po TID x 7d. | | |

**DRUG ALLERGIES**

☐ NO  ☒ YES
    NSAIDS

**SUPPLEMENTAL DENTAL
PROGRESS NOTES
CDCR 237-C-1**

NAME (Last, First), CDC#, BIRTHDATE

AM 5122
Caines, Luke
DOB 10/25/70

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

* Auth (Verified) *

STATE OF CALIFORNIA

## DENTAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Supplemental Dental Progress Notes**
CDCR 237-C-1 (REV. 08/10)

*Page 1 of 1*

Prior to each treatment, the clinician *must* review the inmate-patient's health history, note changes or specify no change. Use S.O.A.P.E. format to document patient care.

| Date (mm/dd/yy) | Tooth # | PROGRESS NOTES (include signature at the end of each data entry) | DPC | Prison |
|---|---|---|---|---|
| | | Bp: 123/79 P: 53 | | CMC |
| | | Tmeant protocol | | |
| 8 8 18 | | S: Post op pain. "I still am sore." | | |
| | / | O: HQV — Anti-coagulants. #15 was extracted on 7/18/18. Pt has spongy, mod mass of edematous tissue centered in the socket. No puro discharge when probed. Pt states it bleeds periodically through the day. PA is unremarkable. Tenderness to L infraorbital area. | | |
| | | A: Possible Antral sinus fissure | | |
| | | P: Continue Antibiotics, changed to Clindamycin 300mg, Sig: Tabl New Rx: Chlorpheniramine Phenylephrine po TID x 7d. Sig: Take 1 po QID x14d. | | |
| | | E: Informed pt of findings and gave him written & verbal instructions to manage sinus issue. NU: 1 week P/u | | 43 |

T. MCKINLEY, RDA
CALIFORNIA MEN'S COLONY

DR. M. INTERIAN DDS
CALIFORNIA MENS COLONY

**DRUG ALLERGIES**

☐ NO  ☒ YES

**SUPPLEMENTAL DENTAL
PROGRESS NOTES
CDCR 237-C-1**

NAME (Last, First), CDC#, BIRTHDATE

A  M  5  1  2  2
**CAINES, LUKE**

1  0  2  5  7  0    **EPRD: Indefinite**

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

CSHISJI G

**\* Auth (Verified) \***

STATE OF CALIFORNIA

## DENTAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**Supplemental Dental Progress Notes**
CDCR 237-C-1 (REV. 08/10)

*Page 1 of 1*

Prior to each treatment, the clinician *must* review the inmate-patient's health history, note
changes or specify no change. Use S.O.A.P.E. format to document patient care.

| Date (mm/dd/yy) | Tooth # | PROGRESS NOTES (include signature at the end of each data entry) | DPC | Prison |
|---|---|---|---|---|
| | | Bp: 148/89   P: 62 | | CMC |
| | | Timeout protocol | | |
| 8 15 18 | | S: Follow up / triage " It still hurts a lot." | | |
| | | O: HOR - Hx of DVT / on Coumadin | | |
| | ⌀ | #15 was extracted last month & pt has | | |
| | | delayed healing and likely oro-antral | | |
| | | sinus communication. Appearance of socket | | |
| | | is unchanged from last week. Socket | | |
| | | has full closure but there is raised | | |
| | | spongy tissue centered in the area. | | |
| | | A: delayed healing / oro antral sinus com- | (S) | |
| | | communication | | |
| | | P: DAR referral for OMFS submitted | | |
| | | today. RX for Chlorpheniramine - Phenylephrine | | |
| | | renewed for 1 week. | | |
| | | Rx: Augmentin 1000mg / Clavulanate 62.5g | | |
| | | Sig: Take 1 po BID x 7d. | | |
| | | E: Gave RxEd. Informed pt of findings | | |
| | | and Tx plan. | | |
| | | N: OMFS visit | | |
| | | P. Robasciotti RDACF    DR. MONTERIAN DDS | | |
| | | California Men's Colony    CALIFORNIA MENS COLONY | | |

**DRUG ALLERGIES**

☐ NO   ☒ YES
IBUPROFEN

**SUPPLEMENTAL DENTAL
PROGRESS NOTES
CDCR 237-C-1**

NAME (Last, First), CDC#, BIRTHDATE

A M 5 1 2 2

**CAINES, LUKE**

1  0  2  5  7  0        **EPRD: Indefinite**

COPY

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

* Auth (Verified) *

STATE OF CALIFORNIA
Supplemental **DENTAL** Progress Notes
CDCR 237-C-1 (REV. 08/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Page 1 of 1*

**Prior to each treatment, the clinician *must* review the inmate-patient's health history, note changes or specify no change.  Use S.O.A.P.E. format to document patient care.**

| Date (mm/dd/yy) | Tooth # | | PROGRESS NOTES (include signature at the end of each data entry) | DPC After Encounter | Prison Acronym |
|---|---|---|---|---|---|
| 08/21/2018 | | | ORAL AND MAXILLOFACIAL SURGERY ID confirmed by name, by date of birth, and CDCR number. | | CMC |
| | | S: | Pt referred for eval and possible treatment of site 15. Pt previously had tooth 15 removed. He is experiencing a difficult post-operative course and the general dentist reports development of OA fistula | | |
| | | O: | TABE Score: 11.2 | | |
| | | | BP: 112/76  Pulse: 53 Health Questionnaire and medication sheet reviewed. He is alert, oriented and cooperative. Effective communication established. He is afebrile, no gross signs of acute orofacial injuries or infection. He denies current fever, chills, bleeding, swelling or abscess.  No pain grossly palpable along bilateral TMJ, muscles of mastication, paranasal sinuses or neck node tenderness. The oral mucosal tissues are pink, moist, and non-ulcerated. Maximal opening >40mm, lateral excursions >5 bilaterally. Site 15 closing, premature granulation tissue present with inflammation. Pt reports a sharp area poking his tingue, but unable to palpate the object. . XRAY: no foreign body appreciated | | |
| | | A: | DDx:possible bone spicule with residual OA fistula | | |
| | | P: | T ime Out Protocol: correct pt, correct procedure, and correct site confirmed. Using 3.4cc 2% Lidocaine 1:100k epi and 1.7cc 0.5%marcaine 1:200k epi, local anesthesia. Site 15 surgically opened with 15 blade, area curetted and a bone spicule was removed. A small OA fistula was appreciated during the procedure. The buccal flapo was reflected and scored to allow the flap to approximate the palatal extension. Surgicel was packed and closed with 3-0 silk suture. Rx pt has pain/Abx meds at home Follow up with staff dentist in 2 weeks. POI given verbal and written, d/c stable. | | |
| | | E: | Risk, benefits, complications and alternatives of the procedure (including no treatment) were reviewed with the patient in detail. Answered questions to patient's satisfaction. Pt was spoken to using basic language, speaking slowly, and was able to communicate in his own words, effective communication achieved. | | |
| | | | Next Visit:  suture removal | | |
| | | | D. BERRY DDS | | |
| | | | Sddendum: Pt returned with c/o bleeding, on exam the bleeding was not heavy but the site as numbed with 0.5 4%septo 1:200k epi and repacked with avitene and surgical. Hemostasis achieved. | 2 | |
| | | | | | |
| | | | K. McINTIRE, RDA CALIFORNIA MENS COLONY          D. Berry, DDS (OMFS) | | |
| | | | NKDA | | |

**DRUG ALLERGIES?**
☑ NO   ☐ YES

**SUPPLEMENTAL DENTAL PROGRESS NOTES CDCR 237-C-1**

| CDC Number: | **AM5122** |
|---|---|
| Inmate Name: | CAINES, LUKE |
| Date of Birth: | **10/25/1970** |

CDCR 237-C-1 SUPPLEMENTAL DENTAL PROGRESS NOTES

Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

\* Auth (Verified) \*

# DENTAL

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION
**DENTAL HEALTH HISTORY RECORD - ENGLISH**
CDCR 7443 (REV. 08/10)

Attachment

Inmate-patient Name: _Caines, Luke_
(Last name, First name)

CDC Number: _AM 5122_
Inmate-patient Birthdate: _10/25/70_

## I. CIRCLE THE APPROPRIATE ANSWER (leave blank if you do not understand the question):

1. (Yes) No — Is your general health good?
2. (Yes) No — Has there been a change in your health within the last year?
3. (Yes) No — Have you been hospitalized or had a serious illness in the last three years?
   Why? _Blood Clots_
4. Yes (No) — Are you being treated by a physician now? For what? _____
   Date of last Medical Exam: _____ Date of last Dental Appt: _____
5. Yes (No) — Have you had problems with prior dental treatment?
6. Yes (No) — Are you in pain now?

## II. HAVE YOU EXPERIENCED:

7. Yes (No) — Chest pain (angina)?
8. Yes (No) — Swollen Ankles?
9. Yes (No) — Shortness of breath?
10. Yes (No) — Recent weight loss, fever, night sweats?
11. Yes (No) — Persistent cough, coughing up blood?
12. (Yes) No — Bleeding problems, bruising easily? _Taking aspirin_
13. (Yes) No — Sinus problems? _MI 9-12-17_
14. Yes (No) — Difficulty swallowing?
15. (Yes) No — Diarrhea, constipation, blood in stools?
16. Yes (No) — Frequent vomiting, nausea?
17. Yes (No) — Difficulty urinating, blood in urine?
18. Yes (No) — Dizziness?
19. Yes (No) — Ringing in the ears?
20. Yes (No) — Headaches?
21. Yes (No) — Fainting spells?
22. (Yes) No — Blurred vision?
23. Yes (No) — Seizures?
24. Yes (No) — Excessive thirst?
25. (Yes) No — Frequent urination?
26. Yes (No) — Dry mouth?
27. Yes (No) — Jaundice?
28. (Yes) No — Joint pain, stiffness?

## III. DO YOU HAVE OR HAVE YOU HAD:

29. Yes (No) — Heart disease?
30. Yes (No) — Heart attack, heart defects?
31. Yes (No) — Heart murmurs?
32. Yes (No) — Rheumatic fever?
33. Yes (No) — Stroke, hardening of arteries?
34. Yes (No) — High blood pressure?
35. Yes (No) — TB, emphysema, other lung disease?
36. Yes (No) — Hepatitis, other liver disease?
37. Yes (No) — Stomach problems, ulcers?
38. Yes (No) — Family history of diabetes, heart problems, tumors?
39. (Yes) No — Psychiatric care?
40. Yes (No) — Radiation treatments?
41. Yes (No) — Chemotherapy?
42. Yes (No) — Prosthetic heart valve?
43. Yes (No) — Artificial Joint?
44. (Yes) No — Allergies to: drugs, foods, medication?
    Please list: _NSAIDS, MOTRIN_
45. Yes (No) — AIDS or HIV+?
46. Yes (No) — Tumors, cancer?
47. (Yes) No — Arthritis, rheumatism?
48. Yes (No) — Eye disease?
49. Yes (No) — Skin disease?
50. Yes (No) — Anemia?
51. Yes (No) — VD (syphilis or gonorrhea)?
52. Yes (No) — Herpes?
53. Yes (No) — Kidney, bladder disease?
54. Yes (No) — Thyroid, adrenal disease?
55. Yes (No) — Diabetes?
56. Yes (No) — Hospitalization?
57. Yes (No) — Blood transfusions?
58. Yes (No) — Surgeries?
59. Yes (No) — Pacemaker?
60. Yes (No) — Contact lenses?

## IV. HAVE YOU EVER USED:
61. (Yes) No — Recreational drugs?   62. (Yes) No — Tobacco in any form?   63. (Yes) No — Alcohol?

## V. ARE YOU TAKING:
64. (Yes) No — Medication (incl. Aspirin)? Please list: _Elavil, Norpyl, Buspar, Depakote_

## VI. WOMEN ONLY:
65. Yes No — Are you or could you be pregnant or nursing?   66. Yes No — Are you taking birth control pills?

## VII. ALL PATIENTS:
67. (Yes) No — Do you have or have you had any other diseases or medical problems NOT listed on this form?
    If so, please explain: _Blood Clots in left leg_

To the best of my knowledge, I have answered every question completely and accurately. I will inform my dentist of any change in my health and/or medication.

Patient's Signature: _____   DR. M. INTERIAN DDS   Date: _9-12-2017_
Reviewing Dentist's Signature: _____   CALIFORNIA MENS COLONY   Date: _9-12-17_

### RECALL REVIEW:
1. Patient's Signature: X _____   Date: X _8-21-18_
1. Reviewing Dentist's Signature: **D. Berry, DDS (OMFS)**   Date: _9-21-18_
2. Patient's Signature: _____   Date: _____
2. Reviewing Dentist's Signature: _____   Date: _____
3. Patient's Signature: _____   Date: _____
3. Reviewing Dentist's Signature: _____   Date: _____
4. Patient's Signature: _____   Date: _____
4. Reviewing Dentist's Signature: _____   Date: _____



Patient Name: CAINES JR, LUKE WAINE
Date of Birth: 10/25/1970 00:00 PDT

MRN: AM5122
FIN: 1000000811682870AM5122

\* Auth (Verified) \*

STATE OF CALIFORNIA
**DENTAL PAIN PROFILE**
CDCR 237-F (REV. 08/10)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*Page 1 of 2*

1. Check all the following words that best describe your pain.

| | | | | |
|---|---|---|---|---|
| ☐ aching | ☐ burning | ☐ cramping | ☐ crushing | ☐ dull |
| ☐ pounding | ☐ sharp | ☐ shooting | ☐ sore | ☐ stabbing |
| ☐ tender | ☐ tingling | ☒ throbbing | ☐ other: _____ | |

2. Using the picture on the far right as an example, indicate the location of your pain in the boxes to the right.

☐ Upper Right (UR)    ☒ Upper Left (UL)

☐ Lower Right (LR)    ☐ Lower Left (LL)

3. Does the pain radiate or spread?   ☑ Yes   ☐ No

If yes, where? _eye, neck, top of head_

4. How long have you had this pain? _3 weeks_

5. Circle the number under the face below that best indicates your present level of pain:

| 0 None | 1 - 2 Little now | 3 - 4 More | 5 - 6 Bad | 7 - 8 Very Bad at times | 9 - 10 Unbearable |
|---|---|---|---|---|---|

6. Have you had treatment for this pain in the past?   ☒ Yes   ☐ No

If YES, describe: _Crown placed on the tooth_

7. Is there anything that relieves or lessens the pain?   ☒ Yes   ☐ No

If YES, describe: _tylenol_

8. Is there anything that makes the pain worse?   ☒ Yes   ☐ No

If YES, describe: _eating_

9. What impact does the pain have on your daily functioning? _eating_

_Caines, Luke_
Print Inmate Name (Last, First, Middle Initial)

X _____
Inmate Signature
**DR. M. INTERIAN DDS**
**CALIFORNIA MENS COLONY**
Healthcare Provider (Print Name or Use Stamp)

| A | M | S | 1 | 2 | 2 |
CDC Number

| 0 | 7 | 1 | 6 | 1 | 8 |
Date (mm/dd/yy)

Healthcare Provider Signature

**CDCR 237-F DENTAL PAIN PROFILE**

COPY

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


## Institutional Level Response

**Closing Date:**     09/11/2018

**To:**     CAINES, LUKE (AM5122)
D  007 3338001L
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**Tracking #:**   CMC HC 18001108

## RULES AND REGULATIONS

The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY

In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Dental Health ) | Patient states he had a difficult time healing from having a crown. He states he had an infection and the dentist did not stop the warfarin (blood thinner) |
| Issue: | Administrative ( Policy & Procedure ) | Patients would like an outside dentist's opinion |

## INTERVIEW

On 09/04/2018, you were interviewed by M. Murphy, DDS regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X]  No intervention.     [ ]  Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION

Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate tooth #15 was extracted by your dentist on 7/18/18. Complications arose from this extraction and you were seen for follow up or post-op visits by your dentist on 7/25/18, 8/1/18, 8/8/18, and 8/15/18. You were referred to see the oral surgeon who examined you on 8/21/18. The oral surgeon determined you had a bone spicule and an oral-antral fistula that was compromising your healing. Oral surgeon performed a procedure to promote healing of the extraction site by removing the bone spicule and surgically closing the oral-antral fistula. You were seen by your dentist on 9/1/18 and the sutures were removed at that visit. Currently, you are scheduled to see your dentist and you will receive notification for a post-op/follow up.

---

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document. Do not remove from the health care grievance package.

RECEIVED
HCCAB
SEP 2 7 2018

The complications that were compromising the healing of #15 extraction site have been identified and treated. No additional intervention is indicated at this time.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, explain the reason in Section C of the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

_A. Alderete, CSE_
_for_

T. Macias
Chief Executive Officer
California Men's Colony

_9/11/18_

Reviewed and Signed Date

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

RECEIVED
HCCAB
SEP 2 7 2018




# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



## Headquarters' Level Response

**Closing Date:**   DEC 1 4 2018

**To:**    CAINES, LUKE (AM5122)
California Men's Colony
P.O. Box 8101
San Luis Obispo, CA 93409-8101

**From:**    California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:**    CMC HC 18001108

## RULES AND REGULATIONS
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; Inmate Dental Services Program Policies and Procedures; Mental Health Services Delivery System Program Guide; Department Operations Manual.

## HEALTH CARE GRIEVANCE APPEAL SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Disagreement with Treatment ( Dental Health ) | You state you had a difficult time healing from having a crown. You had an infection and the dentist did not stop the warfarin (blood thinner). |
| Issue: | Administrative ( Policy & Procedure ) | You would like an opinion from an outside dentist. |

## HEADQUARTERS' LEVEL DISPOSITION

[X] No intervention.    [ ] Intervention.

## BASIS FOR HEADQUARTERS' LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed. These records indicate:

- The Institutional Level Response appropriately addressed your grievance issue and is sustained at the headquarters' level.
- On July 18, 2018, tooth #15 (upper left second molar) was removed. You experienced delayed healing with this procedure. You were properly evaluated in numerous follow ups with your dentist and an oral surgeon.

Note 1: The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.

- Your care was timely and within the standard of care, with no indication to support the need for an evaluation by an outside dentist.

You alleged negligent care; however, you did not provide documentation to support your allegation and it is refuted by professional health care staff familiar with your health care history, as well as a review of your health record.

If you have additional health care needs, you are advised to utilize approved processes to access health care services in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

This decision exhausts your administrative remedies.

_J. Lewis for_
_____
S. Gates, Chief
Health Care Correspondence and Appeals Branch
Policy and Risk Management Services
California Correctional Health Care Services

_12/13/18_
_____
Reviewed and Signed Date

---

Note 1:  The headquarters' level review is based on records available as of the date the Headquarters' Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 1 of 2

| STAFF USE ONLY | Expedited? | ☐ Yes | ☒ No | Institution: | Tracking #: |
|---|---|---|---|---|---|

CMC HC 18001108

R. Reupold, RN

| Staff Name and Title (Print) | Signature | Date |
|---|---|---|
| | *Reupold R* | 8/16/2018 |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, only one CDCR 602 HC A Health Care Grievance Attachment will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Section 3087 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| Carver, Luke. W. | Ams122 | 7338 |

**SECTION A:** Explain the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy.

I HAD A CROWN PLACED ON MY TOOTH AND AFTER TWO DAYS I CONTINUED TO SPIT BLOOD. AFTER SPLITTING TO THE DENTIST ABOUT THE ISSUE HE TOLD ME IF IT DID NOT STOP TO FILL OUT A 7362. DURING THIS TIME I WENT MAN DOWN SEVERAL TIMES DUE TO NUMBNESS, TINGLING AND BURNING ON THE LEFT SIDE OF MY FACE, HEAD, NECK AND ARM. ON 7-13-2018 A SMALL PART OF THE TOOTH AND BLOOD CAME OUT OF THE CROWN. I INFORMED THE DENTIST AND HE DECIDED TO STOP MY WARFARIN FOR TWO DAYS AND REMOVE THE ENTIRE CROWN/TOOTH ON 7-19-2018. SINCE THEN I HAVE HAD THE SAME ABOVE MENTIONED PROBLEMS EVEN MORE. ON 7-29-18 I FILLED OUT A 7362 FOR THE SAME ISSUE AND DUE TO BLOOD STILL COMING FROM THAT AREA. AND POSSIBLE INFECTION I WAS PLACED ON AMOXICILLIN 500 MG FOR 7 DAYS

*If you need more space, use Section A of the CDCR 602 HC A*

☒ **Supporting Documents:** Refer to CCR 3087.2. List supporting documents attached: COPY OF PIECE OF TOOTH AND METAL That came from my mouth

☒ **No, I have not attached any supporting documents. Reason:** I Am AWAITING COPY OF my medical FILES FOR 7362S

| Grievant Signature: | Date Submitted: |
|---|---|
| | 8-9-2018 |

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.   LWC

| HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? | ☒ Yes | ☐ No |
|---|---|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____

☐ Withdrawn (see section C)

☐ Accepted   Assigned To: CMC - Dental   Title: _____   Date Assigned: 8/16/18   Date Due: 10/19/18

| Interview Conducted? | ☒ Yes ☐ No | Date of Interview: | Interview Location: |
|---|---|---|---|
| Interviewer Name and Title (print): Murphy, M., DDS California Men's Colony | Signature: *Mike Murphy* | | Date: 9/4/18 |
| Reviewing Authority Name and Title (print): C. Alderete, CSE for T. Macias, CEO | Signature: *A. Alderete, CSE for T. Macias, CEO* | | Date: 9/11/18 |

| Disposition: See attached letter | ☐ Intervention | ☐ No Further Intervention | ☒ No Intervention |
|---|---|---|---|

*If dissatisfied with Institutional Level Response, complete Section B.*

HCGO Use Only: Date closed and mailed/delivered to grievant: 9/12/2018

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: Tabe 11.2

RECEIVED CMC AUG 16 2018 HCGO

COMPLETED CMC SEP 12 2018 HCGO

RECEIVED HCCAB SEP 27 2018

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
**CDCR 602 HC (Rev. 06/17)**

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Tracking #: CMC HC 18001108
Page 2 of 2

**SECTION B:** **Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response,** explain the reason below (if more space is needed, use Section B of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

I AM DISSATISFIED WITH THE INSTITUTIONAL LEVEL GRIEVANCE RESPONSE BECAUSE THE COMPLICATIONS THAT WERE COMPROMISING THE HEALING OF #15 EXTRACTION SITE THOUGH IDENTIFIED AND TREATED HAVE NOT CORRECTED THE PROBLEM AS A WHOLE. DUE TO THE ORAL-ANTRAL-FISTULA CAUSED, I AM CONSTANTLY CONGESTED ON THE LEFT SIDE, AND MY NERVES IN THE LEFT SIDE OF MY FACE AND EYE CONTINUE TO TWITCH AND GET STUCK, THE ONLY INTERVENTION TO CORRECT THIS PROBLEM WAS A PRESCRIPTION OF CHLORPHENIRAMINE MALEATE/PHENYLEPHRINE HCL BY DR. M. INTERIAN-DDS WHICH HAS NOT WORKED AS I AM CONGESTED ATLEAST 3 TIMES A DAY AND MAY HAVE TO TAKE THESE PILLS FOR A LIFE-TIME IF NO OTHER REMEDY/INTERVENTION IS AVAILABLE, I SUFFERED DIARRHEA AND HEMORROIDAL PROBLEMS AS A RESULT OF THIS PROCEDURE WHICH CAUSED AN INFECTION AND COMPROMISED MY HEALTH WHICH IN ESSENCE COMPROMISED MY LIFE AND STILL AFFECTS ME.

**Grievant Signature:** [signature] AM5122 | **Date Submitted:** 9-17-18

**HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only** | Is a CDCR 602 HC A attached? ☒ Yes ☐ No

This grievance has been:

☐ Rejected (See attached letter for instruction): Date: ______ Date: ______

☐ Withdrawn (see section C)

☒ Accepted

Interview Conducted? ☐ Yes ☐ No Date of Interview: ______ Interview Location: ______

Interviewer Name and Title (print): ______ Signature: ______ Date: ______

**Disposition:** See attached letter ☐ Intervention ☐ No Further Intervention ☒ No Intervention

***This decision exhausts your administrative remedies.***

**HQ Use Only:** Date closed and mailed/delivered to grievant: DEC 14 2018

**SECTION C:** **Grievant requests to WITHDRAW health care grievance:** I request that this health care grievance be withdrawn from further review. Reason:

**Grievant Signature:** | **Date Submitted:**

**Staff Name and Title (Print):** | **Signature:** | **Date:**

STAFF USE ONLY

COMPLETED HCCAB DEC 14 2018

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE ATTACHMENT**
**CDCR 602 HC A (06/17)**
Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| Institution: | Tracking #: |
| | CMC HC 18001108 |

Attach this form to the CDCR 602 HC, Health Care Grievance, only if more space is needed. Only one CDCR 602 HC A may be used.
**Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First, MI): | CDCR Number: | Unit/Cell Number: |
|---|---|---|
| CAJNES, Luker WR | Am5122 | 7338 |

**SECTION A:** Continuation of CDCR 602 HC, Health Care Grievance, Section A only (Explain the decision, action, condition, omission, policy or regulation that has had a material adverse effect upon your health and welfare for which you seek administrative remedy): ON 8-6-18

A PIECE OF SILVER METAL CAME OUT OF THE GUM AREA THAT WAS BLEEDING, I WAS SEEN BY THE DENTIST ON 8-8-18 AND INFORMED HIM OF THE ISSUE AND REQUESTED AN X-RAY TO DETERMINE IF THERE WAS MORE METAL, THE X-RAY WAS NEG-ATIVE FOR METAL, HOWEVER, THE DENTIST DISCOVERED THAT THE GUM AREA STILL WAS NOT HEALING PROPER AND HAD ANOTHER DENTIST TO LOOK AT IT WHO AGREED, AND ALSO AFTER SOME TEST DETERMINED THAT A NERVE MAY HAVE BEEN SEVERED DUE TO CONGESTION ON THAT SIDE AND SLIGHT PAIN. THE DENTIST ALSO DISCOVERED THAT A POCKET FORMED IN THE AREA WHICH MAY CONTAIN AN INFECTION, FLUID, OR BLOOD. I WAS GIVEN THE ANTIBIOTIC CLINDAMYCIN AND ALSO AN ANTIHISTAMINE FOR NASAL CONGESTION AND TOLD I WOULD BE CALLED IN AFTER 7 DAYS TO DETERMINE IF THE WOUND WAS HEALING OR IF I NEEDED FURTHER TREATMENT. I WOULD LIKE TO BEG SEEN BY AN OUTSIDE DENTIST TO FIX THE PROBLEM, THE DENTIST SHOULD HAVE TAKEN ME OFF THE BLOOD THINNER SO THAT I WOULD FORM A PROPER CLOT IN THE TOOTH AREA, AND SHOULD HAVE KNOWN THAT THE AMOXICILLIN HAS THE POSSI-BILITY TO MAKE THE BLOOD THINNER WHEN ON A BLOOD THINNER, THE DENTIST AND THE ASSISTANT SHOULD HAVE MADE SURE THERE WERE NO PARTICLES LEFT IN MY MOUTH FROM THE TREATMENT TO AVOID ANY COMPLICATIONS / INFECTIONS

Grievant Signature: _____ Date Submitted: 8-9-2018

**SECTION B:** Continuation of CDCR 602 HC, Health Care Grievance Appeal, Section B only (Dissatisfied with Health Care Grievance Response):

I TRIED TO REMEDY THE SITUATION DURING SICK CALL ON 9-20-18, DR. E.J. BREEN-DU INITIALLY REFUSED TO ADDRESS MY ISSUE, TELLING ME TO WAIT FOR MY PRIMARY CARE PHYS-ICIAN BUT SUBSEQUENTLY ADDRESSED THE ISSUE AFTER LVN PAULT SPOKE WITH HIM, I EXPLAINED THE CONSTANT CONGESTION AND HEADACHES DUE TO THIS TOOTH EXTRACTION, EXPLAINED THAT THE DEEP SEA NASAL SPRAY AND LORATADINE DID NOT HELP, HE AGREED TO PROSCRIBE A DIFFERENT NASAL SPRAY AND A NASAL STEROID, HOWEVER, HE PROSCRIBED THE SAME MEDI-CATION THAT I TOLD HIM DID NOT WORK, HE ALSO PROSCRIBED AN CREAM FOR RASHES WHICH I DO NOT HAVE, AND IN ESSENCE MY PROBLEM HAS YET TO BE PROPERLY ADDRESSED AND REMEDIED DUE TO CONSTANT NEGLIGENCE AND MALPRACTICE OF THE DENTIST AND DR. STAFF HERE AT C.MC. AND I'M STILL CONGESTED, MY FACE AND HEAD HURT ON THE LEFT SIDE AND IT'S CONSTANT AND POSSIBLY PERMANENT DAMAGE

Grievant Signature RECEIVED _____ Date Submitted: 8-17-18

RECEIVED
CMC
AUG 16 2018
HCGO

**STAFF USE ONLY**

COMPLETED
HCCAB
DEC 14 2018

RECEIVED
HCCAB
SEP 27 2018

Case 5:19-cv-00666-PA-KS   Document 1   Filed 04/12/19   Page 29 of 29   Page ID #:29

STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE ATTACHMENT**
CDCR 602 HC A (06/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

CMC HC 18001108
Tracking #:

| STAFF USE ONLY | Grievants <u>do not write</u> in this area. Grievance Interview Clarification: Document issue(s) clarified during interview |
|---|---|

Staff Name and Title: _____

Signature: _____     Date: _____

# STAFF USE ONLY

**Distribution: Original** - Returned to grievant after completed, **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*