# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE WAINE CAINES, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. M. INTERIAN, DDS, <br><br> Defendant. | NO. EDCV 19-666-PA (KS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendant's Motion to Dismiss and related briefing, all of the records herein, the Report and Recommendation of United States Magistrate Judge (the "Report"), and Plaintiff's Objections to the Magistrate Judge's Report ("Objections"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

//
//
//
//

Accordingly, IT IS ORDERED that: (1) Defendant's Motion to Dismiss is GRANTED; (2) Judgment shall be entered dismissing Defendant's federal claim for Deliberate Indifference with prejudice; and dismissing this action without prejudice.

DATED: April 1, 2020

                                                                            PERCY ANDERSON
                                                    UNITED STATES DISTRICT JUDGE