JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LUKE WAINE CAINES, JR.,** | ) | **NO. EDCV 19-666-PA (KS)** |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **DR. M. INTERIAN, DDS,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 1, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE